IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01584-WDM-CBS

MISTI GARCIA,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

    Defendant.

---

## NOTICE OF DISMISSAL

---

    The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on August 21, 2007.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge

PDF FINAL